UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JEANMARIE CONLON

v.                                            CASE NO. 3:05CV 574 (JCH)

ALLIED INTERSTATE, INC.

## STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1), plaintiff and defendant stipulate that the complaint herein may be dismissed with prejudice in accordance with the parties' settlement agreement, without costs or fees to any party.

| THE PLAINTIFF | THE DEFENDANT |
|---|---|
| By _____ | By _____ |
| Joanne S. Faulkner ct04137 | Edward V. Walsh ct07435 |
| 123 Avon Street | Maher and Murtha, LLC |
| New Haven CT 06511 | PO Box 901 |
| (203) 772-0395 | Bridgeport CT 06601 |
|  | (203) 367-2700 |